In the Matter of the Claim of BLANCHE M. COLLINS, Respondent, against ARCHER MOTOR CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 5, 1953; decided October 16, 1953.

*Henry Redmond Dutcher, Sr.,* for motion.

No one opposed.

Motion by claimant to direct the Clerk of the Court of Appeals to tax costs denied as unnecessary. The claimant is entitled to apply in the Appellate Division for a share of the costs under the previous decision of this court (305 N. Y. 646).